■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDGAR IMBERT, Appellant. [954 NYS2d 511]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Robert Stolz, J.), rendered on or about December 22, 2010, said appeal having

been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Saxe, Catterson, Acosta and Gische, JJ.